IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Angela Scipio,<br><br>              Plaintiff,<br><br>       vs.<br><br>Trans Union, LLC, et al.,<br><br>              Defendants. | Case No.:  3:17-cv-02012-CSH<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT VALERO ENERGY CORPORATION, <u>ONLY</u>** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Valero Energy

Corporation, in the above-captioned case have reached a settlement.  The parties

anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Valero

Energy Corporation, ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this 6th day of March 2018.


                              By: */s/ Louis Gentile*
                              Louis Gentile, Esq.
                              Attorneys for Plaintiff, Angela Scipio
                              Credit Repair Lawyers of America
                              966 Silas Deane Hwy. Suite B-7
                              Wethersfield, CT 06109
                              (203) 417-2539
                              Louis.a.gentile@gmail.com
                              Fax (248) 353-4840

                              Toll free (888) 293-2882

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2018, a copy of foregoing Notice of Settlement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Louis Gentile*
Louis Gentile 30311
966 Silas Deane Hwy. Suite B-7
(203) 417-2539
Louis.a.Gentile@gmail.com