UNITED STATES DISTRICT COURT
IN THE DISTRICT OF CONNECTICUT
NEW HAVEN

ANGELA SCIPIO,
    Plaintiff,

Case No. 3:17-cv-02102 CSH

v.

TRANS UNION, LLC, *et al.*,
    Defendants.
_____

**STIPULATION TO DISMISS CASE AGAINST DEFENDANT
UNITED CONSUMER FINANCIAL SERVICES COMPANY, ONLY
WITH PREJUDICE AND WITHOUT SANCTIONS, FEES OR COSTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties, as evidenced by the signatures of their respective counsel below, stipulate to the voluntary dismissal of Plaintiff's claims against Defendant United Consumer Financial Services Company, only, with prejudice and without attorney's fees, costs or sanctions to either party.

| | |
|---|---|
| /s/ Louis Gentile   (*with consent*) | /s/ Caitlin S. Schroeder |
| Louis Gentile | Caitlin S. Schroeder |
| Attorney for Plaintiff | Attorney for Defendant |
| 966 Silas Dean Hwy Ste. B-7 | 11 S. Meridian Street |
| Wethersfield, CT  06109 | Indianapolis, IN 46204 |
| (203) 417-2539 | (317) 236-1313 |
| Louis.a.gentile@gmail.com | caitlin.schroeder@btlaw.com |