UNITED STATES DISTRICT COURT
IN THE DISTRICT OF CONNECTICUT
NEW HAVEN

ANGELA SCIPIO,
    Plaintiff,

v.

                                        Case No. 3:17-cv-02012-CSH

TRANS UNION, LLC, *et al.*,
    Defendants.

___

**STIPULATION TO DISMISS CASE AGAINST DEFENDANT TRANS UNION, LLC, ONLY WITH PREJUDICE AND WITHOUT SANCTIONS, FEES OR COSTS**

___

       The parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Defendant Trans Union, LLC, only, with prejudice and without attorney's fees, costs or sanctions to either party.

| | |
|---|---|
| */s/ Louis Gentile* (with consent) | */s/ Heather M. Shumaker* |
| Louis Gentile | Heather M. Shumaker (PHV 08624) |
| Attorney for Plaintiff | Attorney for Defendant |
| 966 Silas Dean Hwy Ste. B-7 | 4545 Northwestern Dr. |
| Wethersfield, CT  06109 | Zionsville, IN  46077 |
| (203) 417-2539 | (317) 363-2400 |
| Louis.a.gentile@gmail.com | hshumaker@schuckitlaw.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of July, 2018**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Louis A. Gentile, Esq. <br> louis.a.gentile@gmail.com | Caitlin Schroeder, Esq. <br> Caitlin.schroeder@btlaw.com |
| Matthew C. Brown, Esq. <br> mbrown@wiggin.com | Timothy J. Lee, Esq. <br> tlee@fillaw.com |
| Walter J. Onacewicz, Jr., Esq. <br> wonacewicz@nairlevin.com | Howard Fetner, Esq. <br> hfetner@daypitney.com |
| Jessica Savran, Esq. <br> Jessica.savran@faegrebd.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **3rd day of July, 2018,** properly addressed as follows:

| | |
|---|---|
| None. | |

                                                      */s/ Heather M. Shumaker* <br>
                                                   Heather M. Shumaker Esq. (phv08624) <br>
                                                    (admitted *Pro Hac Vice*) <br>
                                                   Schuckit & Associates, P.C. <br>
                                                   4545 Northwestern Drive <br>
                                                   Zionsville, IN 46077 <br>
                                                   Telephone: (317) 363-2400 <br>
                                                   Fax: (317) 363-2257 <br>
                                                   E-Mail: hshumaker@schuckitlaw.com

                                                   *Counsel for Defendant Trans Union, LLC*